**UNITED STATES of America**

v.

**Marcos SANTIAGO, Appellant.**

No. 06–4728.

United States Court of Appeals,
Third Circuit.

Submitted For Possible Summary Action
Under Third Circuit LAR 27.4 and
I.O.P. 10.6 April 19, 2007.

Filed: April 30, 2007.

Robert A. Zauzmer, Office of United States Attorney, Philadelphia, PA, for United States of America.

Marcos Santiago, White Deer, PA, pro se.

Before: BARRY, AMBRO and FISHER, Circuit Judges.

OPINION

PER CURIAM.

Marcos Santiago appeals the District Court's order denying his "Motion to order government to disclose to defendant all Jencks material within their possession." In April 2004, Santiago was convicted of robbery and firearm charges and sentenced to 402 months in prison. His conviction and sentence were affirmed on appeal. Santiago filed a "Motion to order government to disclose to defendant all Jencks material within their possession." The District Court denied both the motion

and Santiago's motion for reconsideration. Santiago filed a timely notice of appeal, and we have jurisdiction pursuant to 28 U.S.C. § 1291.

Santiago argues that he needs copies of all statements made by a witness against him at his criminal trial in order to bring a § 2255 motion. According to the electronic docket for the Eastern District of Pennsylvania, Santiago filed a § 2255 motion on January 19, 2007. A discovery motion filed in those proceedings is the appropriate vehicle for obtaining such documents if they exist.

Summary action is appropriate if there is no substantial question presented in the appeal. *See* Third Circuit LAR 27.4. For the above reasons, we will summarily affirm the District Court's order. *See* Third Circuit I.O.P. 10.6.